```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION
```

LEE A. MILLER,                                               CV. 10-609-HU

          Petitioner,                                       ORDER

    v.

DON MILLS,

          Respondent.

BROWN, Judge

    Petitioner's motion to voluntarily dismiss (#22) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 2nd day of March, 2011.

                                       /s/ Anna J. Brown

                                      _____
                                      Anna J. Brown
                                      United States District Judge